UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH BEAULIEU,<br><br>        Plaintiff,<br><br>  vs.<br><br>MADLAND TOYOTA-LIFT, INC, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01486 DAD  JLT<br><br>**ORDER CLOSING CASE**<br><br>(Doc. 12) |

The parties have stipulated to dismiss the action with prejudice each side to bear their own fees and costs. (Doc. 12) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**April 27, 2018**__                __/s/ Jennifer L. Thurston__
                                                         UNITED STATES MAGISTRATE JUDGE